No. 507. The United States, Petitioner, v. James C. Morgan. December 17, 1906. Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. No appearance for respondent.